## TASKER v. CILLEY.

The location on the ground of boundaries described in a deed is a question of fact.

TRESPASS, *quare clausum*. Plea, the general issue, with a brief statement of soil and freehold. Facts found by a referee. The deeds through which the plaintiff derived his title described his land as bounded in part by a line running easterly to Strafford, thence southerly to the corner of a lot, thence westerly to the south-west corner of Samuel and Reuben Brown's land. The defendant claimed that the junction of the plaintiff's east line with a fence on the north side of the disputed territory was the point referred to in the description as the southerly corner of a lot. The referee found that the land in controversy belonged to the plaintiff.

*A. F. L. Norris*, for the defendant.

*Whittemore, Jr.*, and *Chase & Streeter*, for the plaintiff.

BINGHAM, J. The location on the ground of the boundaries described in the deeds was a question of fact for the determination of the referee. *Madden* v. *Tucker*, 46 Me. 367; *Abbott* v. *Abbott*, 51 Me. 575; *Tebbetts* v. *Estes*, 52 Me. 566; *Williston* v. *Morse*, 10 Met. 17, 27.

*Judgment for the plaintiff.*

FOSTER and ALLEN, JJ., did not sit: the others concurred.